UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Denise Ramirez, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Meta/Facebook, <br><br> Defendant. | Case No. 2:22-cv-02092-CDS-BNW <br><br> **REPORT AND RECOMMENDATION** |

Plaintiff initiated this case on December 19, 2022. ECF No. 1. Plaintiff file an application to proceed *in forma pauperis* (IFP). *Id.* The Court denied Plaintiff's IFP application, as it was incomplete. ECF No. 3. The Court ordered Plaintiff to file a new IFP application or pay the filing fee by January 29, 2023. *Id.* at 3.

Additionally, the Court screened Plaintiffs' complaint and dismissed it without prejudice and with leave to amend. *Id.* at 2-4. The Court gave Plaintiffs until January 29, 2023 to file an amended complaint. *Id.* at 4.

Since the Court's order, Plaintiffs have not taken any action in this case. Accordingly, it appears Plaintiffs abandoned their case.

IT IS THEREFORE RECOMMENDED that Plaintiffs' case be dismissed without prejudice and this case closed.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: February 21, 2023

Brenda Weksler
United States Magistrate Judge