UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Denise Ramirez, et al.,

        Plaintiffs

v.

Meta/Facebook,

        Defendant

Case No.: 2:22-cv-02092-CDS-BNW

**Order Adopting Magistrate Judge's Report and Recommendation and Closing Case**

[ECF No. 4]

    Three pro se plaintiffs—Denise Ramirez, Juvenal Leyra, and Jayleen Ramirez—bring this action against defendant Meta/Facebook. United States Magistrate Judge Brenda N. Weksler issued an order denying plaintiffs' application to proceed *in forma pauperis* (IFP) and dismissing the complaint without prejudice but with leave to amend. ECF No. 3. After the plaintiffs failed to take any action, Judge Weksler now recommends that I dismiss without prejudice all claims against Meta/Facebook. ECF No. 4.

    Under this district's local rules, the plaintiffs had until March 7, 2023, to file any objections to the magistrate judge's report and recommendation (R&R). LR IB 3-1(a). As of the date of this order, they have not done so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Because no objection has been filed, I adopt Judge Weksler's R&R in its entirety.

    IT IS THEREFORE ORDERED that Magistrate Judge Weksler's report and recommendation **[ECF No. 4] is ADOPTED** in its entirety. Plaintiffs' case is DISMISSED without prejudice.

1 | The Clerk of Court is instructed to ENTER JUDGMENT ACCORDINGLY and CLOSE
2 | THIS CASE.
3 | DATED: March 13, 2023

_____
Cristina D. Silva
United States District Judge